Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF,
AND PUTATIVE CLASS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD OFFRIL, individually and as a representative of consumers similarly situated,<br><br>           Plaintiff,<br>v.<br><br>J. C. PENNEY COMPANY, INC.; G. E. MONEY BANK; NATIONWIDE CREDIT, INC.,<br><br>           Defendants. | Case No.: C 08-05050 PJH<br><br>**DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41(a), Plaintiff Leonard Offril dismisses the herein lawsuit with prejudice as to himself and without prejudice as to the putative class.

Dated: 1/25/09

/s/
Irving L. Berg
THE BERG LAW GROUP

ATTORNEY FOR PLAINTIFF

1/27/09

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1